IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corp.,

Plaintiff,

v.

THE CALIFORNIA AUTOMOBILE ASSIGNED RISK PLAN, et al.,

Defendant.

CASE NO. 3:11-CV-01419-MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

JAMES R. CARROLL, whose business address and telephone number is Skadden, Arps, Slate, Meagher & Flom, LLP
One Beacon Street
Boston, MA 02108-3194; (617) 573-4801
and who is an active member in good standing of the bar of the courts listed on attached, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing LIBERTY MUTUAL INSURANCE CO.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 12, 2011



Hon. Maxine Chesney
United States District Judge