IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CALIFORNIA AUTOMOBILE ASSIGNED RISK PLAN, a program established under California Insurance Code section 11620 et seq., and DOES 1 through 20,<br><br>    Defendants.<br>_____/<br>THE CALIFORNIA AUTOMOBILE ASSIGNED RISK PLAN,<br><br>    Counter-Claimant,<br><br>  v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>    Counter-Defendant<br>_____/ | No. C 11-1419 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

      Pursuant to Civil Local Rule 72-1, defendant and counter-claimant California Automobile Assigned Risk Plan's Motion to Compel, filed December 30, 2011, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

**IT IS SO ORDERED**.

Dated: January 9, 2012

                                           MAXINE M. CHESNEY
                                           United States District Judge

---

[1] The February 3, 2012 hearing before the undersigned is vacated.