1  AMY S. PARK (STATE BAR NO. 208204)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  525 University Avenue, Suite 1100
   Palo Alto, California 94301
3  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
4  Email: Amy.Park@skadden.com

5  JAMES R. CARROLL (*PRO HAC VICE*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  One Beacon Street, 31st Floor
   Boston, Massachusetts  02108
7  Telephone: (617) 573-4800
   Facsimile: (617) 573-4822
8  Email: James.Carroll@skadden.com

9  Attorneys for Plaintiff and Counter-Defendant
   LIBERTY MUTUAL INSURANCE COMPANY

10

11                UNITED STATES DISTRICT COURT

12         FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14  LIBERTY MUTUAL INSURANCE              )  CASE NO.: 3:11-CV-01419-MMC
    COMPANY, a Massachusetts Corporation, )
15                                        )  **STIPULATION AND**
                       Plaintiff,         )  **[PROPOSED] ORDER**
16                                        )  **MODIFYING THE CASE SCHEDULE**
              v.                          )
17                                        )  Judge: Hon. Maxine M. Chesney
    THE CALIFORNIA AUTOMOBILE            )  Dept:   Courtroom 7, 19th Floor
18  ASSIGNED RISK PLAN, a program         )
    established under California Insurance Code )  Complaint Filed:  March 24, 2011
19  section 11620 et seq., and DOES 1 through 20, )
    inclusive,                            )
20                                        )
                       Defendants.        )
21  _____ )
                                          )
22  THE CALIFORNIA AUTOMOBILE            )
    ASSIGNED RISK PLAN,                   )
23                                        )
                   Counter-Claimant,      )
24                                        )
              v.                          )
25                                        )
    LIBERTY MUTUAL INSURANCE             )
26  COMPANY, a Massachusetts Corporation, )
                                          )
27                 Counter-Defendant.     )
    _____ )
28

---

STIPULATION AND [PROPOSED]
ORDER MODIFYING THE CASE SCHEDULE                    CASE NO.: 3:11-cv-01419-MMC

1   **STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE SCHEDULE**

2         Pursuant to Civil Local Rules 6-2, 7-12 and 40-1, Plaintiff/Counter-Defendant Liberty

3   Mutual Insurance Company ("Liberty Mutual") and Defendant/Counter-Claimant The California

4   Automobile Assigned Risk Plan ("CAARP") respectfully submit this Stipulation And Proposed

5   Order To Extend The Schedule.

6         WHEREAS, Liberty Mutual filed its Complaint on March 24, 2011 (Docket No. 1);

7   CAARP filed its answer and counterclaims on May 20, 2011 (Docket No. 11); and Liberty Mutual

8   filed its answer to CAARP's counterclaims on June 10, 2011 (Docket No. 13);

9         WHEREAS, on July 8, 2011, the Court, following a Case Management Conference, made a

10   Minute Entry (Docket No. 19), and on July 14, 2011, the Court entered a Pretrial Preparation Order

11   (Docket No. 22), which incorporated the deadlines set in the Court's Minute Entry;

12         WHEREAS, the Parties have exchanged document productions and are in the initial phases

13   of scheduling depositions, and the Parties have concluded that they cannot complete depositions in

14   this case prior to the current non-expert discovery cutoff date of March 16, 2012;

15         WHEREAS, counsel for Liberty Mutual and CAARP have conferred and agreed upon

16   modifications to the Pretrial Preparation Order, subject to Court approval, that would enable them

17   to complete fact discovery in this action;

18         WHEREAS, there have been no prior time modifications in this case relating to the any of

19   the events in the Court's Minute Entry on July 8, 2011 and the Pretrial Preparation Order;

20         THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned as

21   follows:

22         1.      The dates set in the Pretrial Preparation Order are modified as follows:

23                 a.      JURY TRIAL DATE:  Monday, February 4, 2013 at 9:00 a.m., Courtroom 7,
                           19th floor.

24

25                 b.      NON-EXPERT DISCOVERY CUTOFF:  May 25, 2012.

26                 c.      DESIGNATION OF EXPERTS:

27                         Plaintiff/Defendant:  No later than June 22, 2012.
                           Plaintiff/Defendant:  Rebuttal no later than July 6, 2012.
                              (With objections by September 7, 2012.)

28

1

d.   EXPERT DISCOVERY CUTOFF:  <u>August 9, 2012</u>.

e.   DISPOSITIVE MOTIONS shall be filed no later than <u>September 7, 2012,</u> and shall be noticed for hearing 35 days thereafter.

f.   MEET AND CONFER (Civil L.R. 16-10(b)(5)): Lead trial counsel shall meet and confer no later than <u>November 5, 2012</u>.

g.   PRETRIAL CONFERENCE DATE:  <u>December 11, 2012</u> at 3:00 p.m.

h.   FURTHER STATUS CONFERENCE:  Friday, <u>October 19, 2012</u> at 10:30 a.m.

i.   FURTHER STATUS CONFERENCE STATEMENT DUE: Friday, <u>October 12, 2012</u>.

2.   The dates previously set for the above events are hereby vacated.  All other dates set forth in the Court's Minute Entry on July 8, 2011 and the Pretrial Preparation Order entered on July 14, 2011 shall remain unchanged.

3.   This stipulation and proposed order is without prejudice to either party seeking a further adjustment to the schedule.

DATED: February 16, 2012

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:  _____/s/ James R. Carroll_____
JAMES R. CARROLL
Attorney for Plaintiff/Counter-Defendant
LIBERTY MUTUAL INSURANCE COMPANY

DATED: February 16, 2012

FARELLA, BRAUN & MARTEL LLP

By:  _____/s/ Carly O. Alameda_____
CARLY O. ALAMEDA
Attorney for Defendant/Counter-Claimant THE
CALIFORNIA AUTOMOBILE ASSIGNED RISK PLAN

2

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2      I, James R. Carroll, am the ECF User whose ID and password are being used to file this

3  Stipulation And Proposed Order.  In compliance with General Order 45.X.B, I hereby attest that

4  the concurrence in the filing of this document has been obtained from each of the signatories. I

5  declare under penalty of perjury under the laws of the United States of America that the foregoing

6  is true and correct.

7      Executed this 16th day of February 2012, at Boston, Massachusetts.

8

9  By: _____/s/ James R. Carroll_____
                              JAMES R. CARROLL

10  PURSUANT TO STIPULATION, IT IS SO ORDERED,

11  DATED: February 21, 2012

12

13  By: _____
                              Hon. Maxine M. Chesney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3