IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., <br><br>Plaintiff, <br><br>v. <br><br>THE CALIFORNIA AUTO. ASSIGNED RISK PLAN, <br><br>Defendant. | Case No. Civ. 11-1419 MMC (JSC) <br><br>**ORDER REGARDING DISCOVERY DISPUTES (DKT. NO. 47)** |

Now pending before the Court is a joint letter regarding various discovery disputes. (Dkt. No. 47.) The parties are ordered to meet and confer *in person* at the office of Defendant's counsel on or before Friday, June 8, 2012. If following this in person meet and confer any dispute remains, the parties shall submit a further joint letter highlighting the remaining disputes on or before Tuesday, June 12, 2012. The Court will hold a hearing on the remaining disputes, if any, at 9:00 a.m. on Thursday, June 14, 2012. To the extent any compromise involves extending a deadline that requires Court approval, see Fed. R. Civ. P. 29(b), the parties may submit a stipulation to this Court.

**IT IS SO ORDERED.**

Dated: June 5, 2012

                                            JACQUELINE SCOTT CORLEY
                                            UNITED STATES MAGISTRATE JUDGE