IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> THE CALIFORNIA AUTO. ASSIGNED RISK PLAN, <br><br> Defendant. | Case No. Civ. 11-1419 MMC (JSC) <br><br> **ORDER REGARDING DISCOVERY DISPUTES (DKT. NOS. 47, 50)** |

Now pending before the Court is a joint letter regarding various discovery disputes. (Dkt. No. 50.) After carefully considering the written materials submitted by the parties, and having had the benefit of oral argument on June 14, 2012, the Court rules as set forth below.

1. Liberty shall produce Mr. Hartman's *Desert Mountain* deposition transcript on or before **Monday, June 18, 2012**.
2. CAARP's request to strike the three witnesses Liberty added to its initial disclosures on May 25, 2012 is DENIED. The parties shall schedule Tom Driscoll's deposition forthwith. The parties agree that any trial testimony of Charles O'Connor shall be limited to the topics covered at his deposition. The parties shall meet and confer on whether and when to take the deposition of Gene Krupa.

3. Liberty shall amend its responses to CAARP's document request to reflect that all documents responsive to the Court's March 14 Order relating to Mr. Hartman's job performance have been produced and that Liberty is not aware of any additional performance-related documents for Mr. Harman from 2000 to the present on or before **Monday, June 18, 2012**.
4. Liberty's request to depose Jim Gordon and Rob Goliti is GRANTED. Such depositions may take place after Mr. Driscoll's deposition.
5. The Court declines to rule in advance as to whether any particular deposition testimony of Liberty will waive the attorney-client privilege as to the legal advice it received in connection with the Bad Faith Action.

This Order disposes of Docket Numbers 47 and 50.

**IT IS SO ORDERED.**

Dated: June 14, 2012

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE