IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CALIFORNIA AUTOMOBILE ASSIGNED RISK PLAN, a program established under California Insurance Code section 11620 et seq., and DOES 1 through 20,<br><br>Defendants.<br>_____/<br><br>THE CALIFORNIA AUTOMOBILE ASSIGNED RISK PLAN,<br><br>Counter-Claimant,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>Counter-Defendant<br>_____/ | No. C 11-1419 MMC<br><br>**ORDER VACATING AUGUST 10, 2012 HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

Before the Court is plaintiff Liberty Mutual Insurance Company's Motion for Leave to File Amended Complaint, filed July 2, 2012. Defendant California Automobile Assigned Risk Plan ("CAARP") has filed opposition, to which Liberty Mutual has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court

deems the matter suitable for decision thereon, and VACATES the hearing scheduled for August 10, 2012.

**IT IS SO ORDERED**.

Dated: August 7, 2012

_____
MAXINE M. CHESNEY
United States District Judge