1  AMY S. PARK (STATE BAR NO. 208204)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  525 University Avenue, Suite 1100
   Palo Alto, California 94301
3  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
4  Email: Amy.Park@skadden.com

5  JAMES R. CARROLL (*PRO HAC VICE*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  One Beacon Street, 31st Floor
   Boston, Massachusetts 02108
7  Telephone: (617) 573-4800
   Facsimile: (617) 573-4822
8  Email: James.Carroll@skadden.com

9  Attorneys for Plaintiff and Counter-Defendant
   LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation, <br><br> Plaintiff, <br><br> v. <br><br> THE CALIFORNIA AUTOMOBILE ASSIGNED RISK PLAN, a program established under California Insurance Code section 11620 et seq., and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO.: 3:11-CV-01419-MMC-JSC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** <br><br> Judge: Hon. Maxine M. Chesney <br> Dept: Courtroom 7, 19th Floor <br><br> Trial Date: February 4, 2013 |
| THE CALIFORNIA AUTOMOBILE ASSIGNED RISK PLAN, <br><br> Counter-Claimant, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation, <br><br> Counter-Defendant. | |

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING**

Pursuant to Civil L.R. 6-2, Plaintiff/Counter-Defendant Liberty Mutual Insurance Company ("Liberty Mutual") and Defendant/Counter-Claimant The California Automobile Assigned Risk Plan ("CAARP") respectfully submit this Stipulation And Proposed Order Regarding Scheduling .

WHEREAS, Liberty Mutual filed its Complaint on March 24, 2011 (Docket No. 1); CAARP filed its answer and counterclaims on May 20, 2011 (Docket No. 11); and Liberty Mutual filed its answer to CAARP's counterclaims on June 10, 2011 (Docket No. 13);

WHEREAS, on July 8, 2011, the Court, following a Case Management Conference, made a Minute Entry (Docket No. 19), and on July 14, 2011, the Court entered a Pretrial Preparation Order (Docket No. 22), which incorporated the deadlines set in the Court's Minute Entry;

WHEREAS, on February 21, 2012, pursuant to the Parties' stipulation, the Court entered an Order Modifying The Case Schedule (Docket No. 43), which modified the dates in the Court's Pretrial Preparation Order;

WHEREAS, on July 5, 2012, pursuant to the Parties' stipulation, the Court entered an Order Modifying The Case Schedule (Docket No. 57), which modified the dates in the Court's February 21, 2012 Order (Docket No. 43);

WHEREAS, on September 5, 2012, CAARP filed a motion to compel certain documents and discovery responses ("CAARP's Motion to Compel"), the briefing on the motion has been completed, and the motion is set for hearing before Magistrate Judge Jacqueline Scott Corley on October 25, 2012 at 9:00 a.m.

WHEREAS, on October 1, 2012, Liberty Mutual filed its Motion For Summary Judgment (Docket No. 87) that requested a hearing before the Court on November 9, 2012;

WHEREAS, CAARP intends to file its Motion For Summary Judgment on October 12, 2012 and to request a hearing on November 16, 2012;

WHEREAS, the Further Case Status Conference is currently scheduled to take place on October 26, 2012, with the Further Case Status Conference Statement due October 19, 2012;

1  WHEREAS, Objections To Experts designated by both CAARP and Liberty Mutual are
2  due October 12, 2012;

3  WHEREAS, counsel for Liberty Mutual and CAARP have conferred and agreed upon the
4  modifications to the schedule, subject to Court approval;

5  WHEREAS, the proposed modifications to the schedule will serve the interest of judicial
6  efficiency by avoiding the need to have multiple hearings;

7  WHEREAS, the proposed modifications to the schedule will not affect the date for Trial
8  currently scheduled to begin February 4, 2012;

9  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned as
10 follows:

   a. HEARING currently set before Magistrate Judge Corley on CAARP's Motion to Compel for October 25, 2012 shall take place as scheduled

   b. Further Case Management Conference Statement due November 9, 2012

   c. MEET and CONFER between parties (Civil L.R. 16-10(B)(5)) to take place November 13, 2012

   d. HEARING to take place November 16, 2012 regarding the following matters:

      1. Liberty Mutual's and CAARP's Summary Judgment Motions

      2. Further Case Management Conference

      3. Objections To Expert Witnesses

DATED: October 12, 2012

                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

                                      By:      /s/ James R. Carroll
                                              JAMES R. CARROLL
                                      Attorney for Plaintiff/Counter-Defendant
                                 LIBERTY MUTUAL INSURANCE COMPANY

1 DATED: October 12, 2012

2                                       FARELLA, BRAUN & MARTEL LLP

4                       By:       /s/ Tyler C. Gerking
                                TYLER C. GERKING
5                 Attorney for Defendant/Counter-Claimant THE
        CALIFORNIA AUTOMOBILE ASSIGNED RISK PLAN

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1

I, James R. Carroll, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order. In compliance with Civil L.R. 5-1, I hereby attest that the concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of October 2012, at Boston, Massachusetts.

                    By:       /s/ James R. Carroll
                              JAMES R. CARROLL

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: October 16, 2012

                    By: *[signature]*
                              Hon. Maxine M. Chesney